IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS SOBSCAK, ) | |
| ) | 07 C 7077 |
| Plaintiff, ) | |
| ) | Judge Manning |
| v. ) | |
| ) | Magistrate Judge Brown |
| CITY OF CHICAGO, CHICAGO POLICE ) | |
| OFFICER J.J. PEREZ, Star No.17181, and ) | |
| CHICAGO POLICE OFFICER J.L. CORTES, ) | Jury Demand |
| Star No. 16012, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT MOTION TO VACATE ANY AND ALL TECHNICAL DEFAULTS AND FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT

Defendant City of Chicago ("City"), by and through its attorney, Mara S. Georges, Corporation Counsel, and Defendant Officers Perez and Cortes, by and through one of their attorneys, Thomas Freitag, move this honorable court to vacate any and all defaults entered against them and respectfully ask this Court for an extension of time to answer or otherwise plead to the Plaintiff's complaint.   In support, Defendants state:

1.   Plaintiff filed a complaint against the Defendants on or about December 17, 2007.

2.   The complaint was served on the City on January 2, 2008.  The complaint was served upon Officer Perez and Officer Cortes on January 10, 2008.

3.   Due to administrative delays, the case was not assigned to present counsel for the City until January 28, 2008, approximately six days after the City's answer was due.

4.    Because of this delay in receiving the complaint, the City has not yet begun the process of investigating all of the allegations in the Plaintiff's complaint and gathering and

examining the pertinent records, but has ordered those records. Therefore, the City respectfully requests an extension of seven additional days, to February 8, 2008, to answer Plaintiff's complaint.

5. Further, the case was not assigned to present counsel for Defendant Officers Perez and Cortes until that same date. Counsel has not yet met with his clients in order to prepare an answer, and therefore requests an additional thirty days to answer.

6. Counsel for Plaintiff has no objection to this Motion.

WHEREFORE, the Defendants respectfully request that this Court:

a. Vacate all defaults, technical or otherwise, which may have been previously entered against the Defendants;

b. Grant the City's motion for an extension of time to answer the complaint to February 8, 2008; and,

c. Grant Defendant Officers Perez and Cortes' motion for an extension of time to answer the complaint to February 29, 2008.

> Respectfully submitted,
> MARA S. GEORGES,
> Corporation Counsel, City of Chicago
>
> By:   /s/ *Megan K. McGrath*
> MEGAN K. McGRATH
> Assistant Corporation Counsel
> 30 North LaSalle St., Suite 1020
> Chicago, Illinois 60602
> (312) 742-3541
> Attorney No.  06288408

/s/ ***Thomas H. Freitag***
THOMAS H. FREITAG
Assistant Corporation Counsel
Attorney for Defendant Officers
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 742-7391
Attorney No.  06272245