IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS SOBSCAK, | ) | |
| | ) | 07 C 7077 |
| Plaintiff, | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| CITY OF CHICAGO, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO**:  Jeffrey B. Granich                          Thomas Freitag
Law Offices of Jeffrey B. Granich       Assistant Corporation Counsel
53 West Jackson Blvd., Suite 840      30 North LaSalle Street, Suite 1400
Chicago, Illinois 60604                        Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on February 1, 2008, the City of Chicago filed Defendants' **JOINT MOTION TO VACATE ANY AND ALL TECHNICAL DEFAULTS, FOR LEAVE TO FILE INSTANTER** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that on **February 7, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manning, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by causing it to be delivered via the Court's Electronic Filing System, to the persons/entities named above at the address shown on this 1st day of February, 2008.

Respectfully submitted,
MARA S. GEORGES,
Corporation Counsel, City of Chicago

By:   **/s/ *Megan K. McGrath***
MEGAN K. McGRATH
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1610
Chicago, Illinois 60602
(312) 742-3541