# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 07 C 7077 |
|---|---|---|

Chris Sobscak v. City of Chicago et. al.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Juan Cortes and Juan Perez

| | |
|---|---|
| **SIGNATURE** /s/ Thomas H. Freitag | |
| **FIRM** City of Chicago, Dept. Of Law | |
| **STREET ADDRESS** 30 N. LaSalle Street, Suite 1400 | |
| **CITY/STATE/ZIP** Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6272245 | **TELEPHONE NUMBER** (312) 742-7391 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ■  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO  ■ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ■  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |