IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS SOBSCAK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, et al, )<br>)<br>Defendants. ) | 07 C 7077<br><br>Judge Manning<br><br>Magistrate Judge Brown |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO**:  Jeffrey B. Granich                   Thomas Freitag
       Law Offices of Jeffrey B. Granich       Assistant Corporation Counsel
       53 West Jackson Blvd., Suite 840        30 North LaSalle Street, Suite 1400
       Chicago, Illinois 60604                 Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on February 8, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered via the Court's Electronic Filing System, to the persons/entities named above at the address shown on this 8th day of February, 2008.

                              Respectfully submitted,
                              MARA S. GEORGES,
                              Corporation Counsel, City of Chicago

                       By:    **/s/ *Megan K. McGrath***
                              MEGAN K. McGRATH
                              Assistant Corporation Counsel

30 North LaSalle Street, Suite 1610
Chicago, Illinois 60602
(312) 742-3541