UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS SOBSCAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07 C 7077 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER ) | Judge Manning |
| J. J. PEREZ, Star No. 17181, and ) | |
| CHICAGO POLICE OFFICER ) | Magistrate Judge Soat Brown |
| J. L. CORTES, Star No. 16012, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF FILING and CERTIFICATE OF SERVICE

TO:   Jeffrey Granich                    Megan McGrath
      Law Offices Jeffrey Granich         Assistant Corporation Counsel
      53 W. Jackson Blvd., Suite 840      30 n. LaSalle, Suite 1020
      Chicago, Illinois  60604            Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S, PEREZ AND CORTES'S ANSWER, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

I hereby certify that on Thursday, February 28, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

**DATED** at Chicago, Illinois this 28th day of February, 2008.

                                         Respectfully Submitted,

30 North La Salle St. #1400    BY:   /s/ *Thomas Freitag*
Chicago, Illinois 60602              THOMAS H. FREITAG
(312) 742-7391                       Assistant Corporation Counsel
Attorney Number 6272245