## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Chris Sobscak
                                    Plaintiff,

v.                                                              Case No.: 1:07−cv−07077
                                                                        Honorable Blanche M. Manning

City of Chicago, Illinois, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

       MINUTE entry before Judge Geraldine Soat Brown : Status hearing held and continued to 4/10/08 at 9:45 a.m. Parties' Rule 26(a)(1) diclosures shall be served by 03/14/08. Parties shall have a Rule 26(f) conference by 03/21/08. Parties shall report on that conference at the next status hearing.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.