**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Chris Sobscak
                                              Plaintiff,

v.                                                               Case No.: 1:07−cv−07077
                                                                      Honorable Blanche M. Manning

City of Chicago, Illinois, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

       MINUTE entry before Judge Honorable Geraldine Soat Brown: Status hearing held and continued to 6/19/08 at 9:45 a.m. All fact discovery shall be noticed in time to be completed by 09/12/08. Plaintiff's Rule 26(a)(2) disclosures and reports shall be served by 10/31/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.