MAR-07-2008 10:39    From:312 744 3989                                                  Page:2/2
Mar 04 2008 11:11AM   HP LASERJET FAX                                                   P.2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Consent to Exercise of Jurisdiction
## By a United States Magistrate Judge

FILED
MAY 2 2 2008
5-22-2008
Judge Blanche M. Manning
United States District Court

Case Title

v.

Chris Sobsuk

Case Number: 07C7077

Assigned Judge: Judge Manning

Designated Magistrate Judge: Geraldine Soat Brown

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| 3-4-08 | [signature] | Chris Sobsuk - Plaintiff |
| 3-5-08 | [signature] | Defendants Perez - Cortes |
| 3-6-08 | [signature] | City of Chicago - Defendant |
| _____ | _____ | _____ |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

MAR-04-2008 10:24AM    FAX:                    ID:IDL                    PAGE:002 R=95%