# United States District Court
# Northern District of Illinois

In the Matter of

Sobscak

    v.

City of Chicago, Illinois, et al.

Case No. 07 C 7077

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT TO MAGISTRATE JUDGE

    The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Magistrate Judge **Geraldine Soat Brown** pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

*/s/ Blanche M. Manning*
Judge Blanche M. Manning

Dated: May 22, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Magistrate Judge **Geraldine Soat Brown** of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*/s/ James F. Holderman*
Chief Judge James F. Holderman

Dated: MAY 2 3 2008

Reassign/Designated Magistrate Judge (Rev. 9/99)

**Parties have consented to have the designated magistrate conduct:**

- ■ any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(b).
- ☐ specific proceedings pursuant to 28 USC § 636(c). Where such a reassignment is made, the case shall remain on the calendar of the district judge in accordance with General Rule 73.1(c).

**The content of the consent is specified in the following manner:**

- ■ on the attached form(s).
- ☐ in the pretrial order dated and on file with the Clerk of Court.

