UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Chris Sobscak
                                  Plaintiff,

v.                                                             Case No.: 1:07–cv–07077
                                                              Honorable Geraldine Soat Brown

City of Chicago, Illinois, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 7/24/08 at 9:45 a.m. Plaintiff's counsel fails to appear. Counsel for all parties must be present at all status hearings. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 07/24/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.