## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7077 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Sobscak vs. City of Chicago, Illinois et al. | | |

**DOCKET ENTRY TEXT**

A stipulation to dismiss has been filed. This case is dismissed with prejudice. The status hearing date of 08/25/08 is stricken. Terminate Case. Enter Agreed Order of Dismissal. *[signature]*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|



2008 AUG 20 PM 4:32
U.S. DISTRICT COURT
FILED