

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS SOBSCAK,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, ILLINOIS and CHICAGO POLICE OFFICER J.J. PEREZ, Star No. 17181, and CHICAGO POLICE J.L. CORTES, Star No. 16012,<br><br>Defendants. | No. 07 C 7077<br><br>~~Judge Manning~~<br><br>Magistrate Judge Brown<br><br>Jury Demand |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Chris Sobscak, by one of his attorneys, Jeffrey B. Granich, and defendants, Juan Perez and Juan Cortes, by one of their attorneys, Thomas Freitag, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby orders as follows:

All of the claims of plaintiff, Chris Sobscak, against defendants, City of Chicago, Juan Perez and Juan Cortes, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Megan McGrath
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-8369
Attorney No. 06288408

ENTER: _Geraldine Soat Brown_
The Honorable ~~Blanche M. Manning~~ GERALDINE SOAT BROWN
United States ~~District~~ Judge
MAGISTRATE

DATED: Aug. 20, 2008

2008 AUG 20 PM 4: 32